AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
### Southern District of Texas
#### Holding Session in McAllen

UNITED STATES OF AMERICA
**V.**
**MARIA SANCHEZ**

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

   CASE NUMBER: **2:12CR00371-002**
   USM NUMBER: 12844-379

☐ See Additional Aliases.

Ricardo V. Coronado, Jr.
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   Mandatory, Standard #2, Standard #6, and Special   of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Illegal possession and use of a controlled substance, to wit: cocaine. | 12/03/2013 |
| 2A | Failure to submit a truthful and complete written report within the first five days of each month and Failure to report to the probation officer. | 11/05/2013 |

☒ See Additional Violations.

     The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-2067

Defendant's Date of Birth: XX/XX/1992

Defendant's Residence Address:
11013 Leal Street
Mission, Texas 78573

Defendant's Mailing Address:
11013 Leal Street
Mission, Texas 78573

June 13, 2014
Date of Imposition of Judgment

*RANDY CRANE*
Signature of Judge

**RANDY CRANE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

June 18, 2014

Date

sg │ 292643
NS

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: **MARIA SANCHEZ**
CASE NUMBER: **2:12CR00371-002**

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2B | Failure to submit a truthful and complete written report within the first five days of each month. | 02/05/2014 |
| 2C | Failure to submit a truthful and complete written report within the first five days of each month. | 03/05/2014 |
| 2D | Failure to submit a truthful and complete written report within the first five days of each month. | 05/05/2014 |
| 3 | Failure to report change in residence  10 days prior to such change. | 11/02/2013 |
| 4 | Failure to enroll and participate in an education program designed to receive a high school diploma or its equivalency. | 08/09/2013 - 05/07/2014 |
| 5 | Failure to participate as directed in a mental health treatment program. | 12/03/2013, 01/24/2014, 02/28/2014 and 03/31/2014 |
| 6 | Failure to participate as directed in a drug/alcohol treatment program. | 03/04/2014 |

☐   See Additional Violations.

Judgment -- Page 3 of 5

DEFENDANT: **MARIA SANCHEZ**
CASE NUMBER: **2:12CR00371-002**

# IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  <u>57 days, less 27 days for time served.</u>

☐  See Additional Imprisonment Terms.

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
    ☐  by _____  ☐ a.m.  ☐ p.m. on _____ .
    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐  before 2 p.m. on _____.
    ☐  as notified by the United States Marshal.
    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

                                      UNITED STATES MARSHAL

By    _____

                                DEPUTY UNITED STATES MARSHAL

DEFENDANT: **MARIA SANCHEZ**
CASE NUMBER: **2:12CR00371-002**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: <u>1 year.            </u>
The Court further orders that all the terms and conditions previously imposed by the Court, including any special conditions, will remain in effect, with the exception of the condition to participate in an education program.

☐   See Additional Supervised Release Terms.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

    ☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future
        substance abuse. (Check, if applicable.)
☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
☐   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works,
    or is a student, as directed by the probation officer. (Check, if applicable.)
☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒   See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocation)
Sheet 3C -- Supervised Release

Judgment -- Page 5 of  5

DEFENDANT: **MARIA SANCHEZ**
CASE NUMBER: **2:12CR00371-002**

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse, which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the program director, with approval of the probation officer. The defendant shall further submit to such drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug/alcohol detection and treatment, based on ability to pay as determined by the probation officer.

The defendant is required to participate in a mental health program as deemed necessary and approved by the probation officer. The defendant will incur costs associated with such program, based on ability to pay as determined by the probation officer.

☐    See Additional Special Conditions of Supervision.